

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
FEB 26 2026
CLERK'S OFFICE
DETROIT

United States of America,

v.

Kyle Wagner,

      Defendant.

Criminal No. 26-20059

Hon. Denise Page Hood

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Kyle Wagner, defendant in this case, hereby acknowledge that I have received a copy of the **Indictment** before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1 – Cyberstalking; up to 5 years' imprisonment and a fine of up to $250,000.

Count 2 – Interstate Communications Involving Threats; up to 5 years' imprisonment and a fine of up to $250,000.

_____
Kyle Wagner
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant

Dated: 2/26/26