UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

    v.

Kyle Wagner,

      Defendant.

Case No. 26-CR-20059

Hon. Denise P. Hood

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

| *Add the following AUSA(s):* | *Terminate the following AUSA(s):* |
|---|---|
| Name: Frank Dame<br>Bar ID: P81307<br>Telephone: (313) 226-9526<br>Email: Frank.Dame@usdoj.gov | Name:<br>Telephone: |

JEROME F. GORGON JR.
United States Attorney

*s/Frank Dame*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Frank.Dame@usdoj.gov
(313) 226-9526
P81307

Dated: March 9, 2026