UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

            Plaintiff,

v.                                          Case No. 2:26−cr−20059−DPH−APP
                                                Hon. Denise Page Hood

Kyle Wagner,

            Defendant(s),

_____

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   NOTICE of IN PERSON hearing on [17] MOTION *appealing denial of bond* as to Kyle Wagner. **Motion Hearing set for 3/24/2026 11:00 AM before District Judge Denise Page Hood** (LSau)

   All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 218.

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                               By: s/L. Saulsberry
                                                    Case Manager

Dated:   March 11, 2026