UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,                                Case No. 26-20059

v.                                          Hon. Denise Page Hood

Kyle Wagner,

      Defendant.
_____/

**MOTION FOR LEAVE TO FILE**
**EXHIBIT USING THE MEDIA FILE UPLOAD**

      Now comes the undersigned, Assistant United States Attorney Eaton P. Brown, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file a media exhibit via the electronic portal "Media File Upload" in CM/ECF.

      Exhibit 1 to the Government's response to the defendant's motion appealing denial of bond [ECF No. 17] is a video from the defendant's Instagram posted on January 24, 2026, and will assist the court in its consideration of the 18 U.S.C. § 3142(g) factors. This exhibit cannot be converted to PDF because it is a video recording.

      Pursuant to Local Rule 7.1, the government contacted defense counsel about this motion, and defense counsel posed no objection.

1

For the reasons stated above, the government respectfully requests that this Court grant permission to file Exhibit 1 via the electronic portal "Media File Upload" in CM/ECF.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/*Eaton P. Brown*
EATON P. BROWN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Eaton.Brown@usdoj.gov
(313) 226-9184

Date: March 12, 2026

## **CERTIFICATE OF SERVICE**

I certify that on March 12, 2026, I electronically filed this motion with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

*/s/ Eaton P. Brown*
Eaton P. Brown
Assistant United States Attorney
