UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                               Case No. 26-20059

v.                                      Hon. Denise Page Hood

Kyle Wagner,

        Defendant.

                                     /

**ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT USING THE MEDIA FILE UPLOAD**

This matter is before the Court on the government's motion for leave to file an exhibit using the Media File Upload (ECF No. 20) in support of its response to the defendant's motion appealing denial of bond [ECF No. 17]. The Court has reviewed the motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the government's *ex parte* motion for leave to file an exhibit via the Media File Upload in CM/ECF is **GRANTED**. The government shall file a copy of the video recording with the Clerk's office as required by the Court's CM/ECF Filing Policies and Procedure R19(c).

    **IT IS SO ORDERED.**

                                    s/Denise Page Hood
                                    Hon. Denise Page Hood
                                    United States District Judge

Entered:  March 20, 2026