United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff-Appellant,        District Court No. 26-cr-20059

    v.                       Hon. Denise Page Hood

Kyle Wagner,

        Defendant-Appellee.

---

## Notice of Appeal

---

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Sixth Circuit from the district court's order granting bond and setting conditions of pretrial release, entered in this action on March 25, 2026. (ECF No. 23).

        Respectfully submitted,

        Jerome F. Gorgon Jr.
        United States Attorney

        */s/ Danielle Asher*
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI  48226
        (313) 226-9518
        danielle.asher@usdoj.gov

Dated:  March 27, 2026