UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                Case No. 2:26–cr–20059–DPH–APP
                                                  Hon. Denise Page Hood

Kyle Wagner,

                    Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Kyle Wagner

The defendant(s) shall appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 218, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  April 15, 2026 at 04:00 PM

**ADDITIONAL INFORMATION:**    Status Re: Letter Request from the U. S. Attorney on Defendant's Detention

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/L. Saulsberry_____
                                      Case Manager

Dated:   April 10, 2026