UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,                CR. NO. 26-20059

v.                               HON. DENISE PAGE HOOD

KYLE WAGNER,

           Defendant.

_____/

## <u>NOTICE OF WITHDRAWAL OF PRETRIAL MOTIONS<br>ON BEHALF OF DEFENDANT KYLE WAGNER</u>

NOW COMES Kyle Wagner, by and through his attorney, Jean Pierre Nogues, III, and hereby gives notice of Mr. Wagner's withdrawal of his five Pretrial Motions filed on his behalf, ECF No. 31, specifically:

1. Motion in limine to preclude use of term and introduction of evidence and testimony regarding "Antifa";

2. Motion in limine to preclude use of term and introduction of evidence and testimony regarding "Iron Front";

3. Motion in limine to preclude use of term and introduction of evidence and testimony regarding "Satanism";

4. Motion in limine to preclude recordings of and testimony regarding Defendant's Arrest, Transport, Booking, and Processing on February 5, 2026; and

1

5.      Motion for Defendant to Appear at Trial Without Restraints or Jail-Issued Clothing.

Respectfully submitted,

**FEDERAL COMMUNITY DEFENDER**
**EASTERN DISTRICT OF MICHIGAN**


s/Jean Pierre Nogues
JEAN PIERRE NOGUES
Attorney for Defendant
613 Abbott Street, Suite 500
Detroit, Michigan 48226
(313) 967-5832
E-mail:  Jean_Nogues@fd.org

Dated:  May 27, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                Plaintiff,                      CR. NO. 26-20059

v.                                     HON. DENISE PAGE HOOD

KYLE WAGNER,

                Defendant.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send any required notification to opposing counsel.

                              **FEDERAL COMMUNITY DEFENDER
EASTERN DISTRICT OF MICHIGAN**


                              s/Jean Pierre Nogues
                              JEAN PIERRE NOGUES
                              Attorney for Defendant
                              613 Abbott Street, Suite 500
                              Detroit, Michigan 48226
                              (313) 967-5832
                              E-mail:  Jean_Nogues@fd.org

Dated:  May 27, 2026