UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                    Case No. 2:26–cr–20059–DPH–APP
                                                      Hon. Denise Page Hood

Kyle Wagner,

                    Defendant(s),

_____

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   NOTICE of IN PERSON hearing on [33] Renewed MOTION in Limine as to Kyle Wagner.
**Motion Hearing set for 7/7/2026 02:30 PM before District Judge Denise Page Hood**
(LSau)

   All of the aforementioned Defendants are required to appear at the United States District
Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit,
Michigan.  Please report to Room 218.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                              By: s/L. Saulsberry_____
                                   Case Manager

Dated:   June 5, 2026