UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

         Plaintiff,                            Case No. 26-20059

v.                                    Hon. Denise Page Hood

Kyle Wagner,

         Defendant.

---

**Stipulation and Order to Continue and Set Motion Cut-off, Plea Cut-off, Final Pretrial Conference, and Trial, and to Find Excludable Delay**

---

The parties stipulate and agree to the following:

1.     On April 2, 2026, this court issued an order granted the parties' stipulation to continue and set the motion cut-off, plea cut-off, final pretrial conference, motion hearing, and trial in this case, finding excludable delay.  (ECF No. 28.)  The final pretrial conference is currently set for July 7, 2026, and trial is set for July 28, 2026.

2.     The parties now stipulate to another continuance of the motion cutoff, pretrial conference/motion hearing/plea hearing, and trial dates, for approximately 60 days.

3.     The parties further stipulate and jointly move for the Court to find that the time period between the current and new trial date qualifies as excludable delay

under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

4.      The parties agree that such an adjournment serves the ends of justice and outweighs the best interest of the public and Defendant in a speedy trial because:

a.  Wagner and his counsel need more time to review and discuss discovery, investigate the case and prepare for trial, and pursue plea negotiations in this matter.

b.  Wagner has been indicted in a separate criminal case in the District of Minnesota, and wishes to make his initial appearance in that case so that he can have indigent counsel assigned who can begin to prepare his defense.  After conferring with the United States Marshals, the Government estimates that Wagner's transfer to Minnesota to appear on that case may take anywhere from 45 to 60 days, almost certainly rendering Mr. Wagner unavailable to appear for the currently-scheduled motion hearing and pretrial conference set for July 7.

5.      Failure to grant this continuance would unreasonably deny Wagner and his counsel the time necessary for effective preparation, considering the exercise of due diligence.

6.      The parties therefore request that the Court grant a continuance of the pretrial and trial dates and associated deadlines for approximately 60 days, and further find that the delay caused by this continuance should be deemed excludable time under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

JEROME F. GORGON JR.,
United States Attorney

| *s/Frankie Dame (with consent)* | *s/ Jean Pierre Nogues* |
|---|---|
| Frankie Dame | Federal Community Defender Office |
| Assistant United States Attorney | Attorneys for Defendant |
| 211 W. Fort Street, Suite 2001 | By:    Jean Pierre Nogues |
| Detroit, MI 48226 | 613 Abbott St., Suite 500 |
| (313) 226-9526 | Detroit, MI 48226-2582 |
| Frank.Dame@usdoj.gov | Jean_Nogues@fd.org |

Dated: June 26, 2026

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Kyle Wagner,

        Defendant.

Case No. 26-20059

Hon. Denise Page Hood

---

**Order to Continue and Set the Motion Cut-off, the Plea Cut-off,
the Final Pretrial Conference and Trial and Find Excludable Delay**

---

The Court has considered the parties' stipulation and joint motion to continue this matter to: (1) adjourn pretrial and trial dates and associated deadlines by approximately 60 days; and (2) for a finding that the time period from the current trial date to the new trial date qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from the date of this order, to the new trial date qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that:

- The government has already produced significant discovery, and it will

continue to comply with its discovery obligation. The defense needs additional time to evaluate the evidence and determine whether a pretrial resolution is appropriate in this case or to prepare for trial.

- Mr. Wagner wishes to appear in court in another criminal matter pending in the District of Minnesota in order to assert his rights to counsel and speedy trial in that matter, and transfer to the District of Minnesota to effectuate that appearance will make Mr. Wagner's availability for the current pretrial conference date of July 7, 2026 impracticable.

- As a result, failure to grant this continuance would unreasonably deny the defendant and his counsel the time necessary for effective preparation, considering the exercise of due diligence.

IT IS THEREFORE ORDERED:

The dates in this matter are as follows:

- Motion Cut-off is set for August 10, 2026;

- Plea Cutoff/Final Pretrial Conference is set for September 10, 2026 at 3:00 p.m.;

- Motion hearing is set for August 19, 2026 at 2:00 p.m.;

- Jury Trial is set for September 29, 2026 at 9:30 a.m.

IT IS FURTHER ORDERED:

2

The time from the previous trial date of July 28, 2026 to the new trial date set by the Court in this Order shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

s/Denise Page Hood
Hon. Denise P. Hood
United States District Judge

Entered:  July 6, 2026

3