UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Kyle Wagner,

        Defendant.

Case No. 26-20059

Hon. Denise Page Hood

---

**Stipulation and Order Cancelling the August 19, 2026 Hearing**

---

The parties stipulate and agree to the following:

1.      On July 6, 2026, this court issued an order granting the parties' stipulation to continue and reset the motion cut-off, plea cut-off, final pretrial conference, motion hearing, and trial in this case, finding excludable delay. (ECF No. 28.)  The motion cutoff is currently set for August 10, 2026; the final pretrial conference is currently set for September 10, 2026; and trial is set for September 29, 2026.  In that same order, the court rescheduled a motion hearing on Defendant's Renewed Motion in Limine for August 19, 2026 at 2:00 p.m.

2.      The defense intends to file several additional substantive pretrial motions.  It anticipates that the government will file responses in opposition to

those motions, and that the court will likely schedule additional motion hearings on a date or dates later than August 19, 2026.

3. Meanwhile, Mr. Wagner is currently in custody of the District of Minnesota, where he was recently transferred to appear on his recently-indicted case there.

4. To promote judicial economy and to avoid the need to shuttle Mr. Wagner back and forth between districts, the parties hereby stipulate to move this court to cancel the motion hearing currently scheduled for August 19, 2026, and to reschedule it as appropriate once the defense has filed its additional motions and the government has been given an opportunity to respond.

5. Although there is some likelihood that the pretrial conference date and trial dates in this case will eventually need to be rescheduled to accommodate pretrial motion practice, the parties do not seek an adjournment of those dates at this time.  As a result, no additional trial delay, excludable or otherwise, results from this request, and the Speedy Trial Act, 18 U.S.C. § 3161, is not implicated.

6. The parties therefore request that the Court cancel the hearing date currently set for August 19, 2026, and wait to reschedule it until such time as the court is ready to schedule hearings on additional pretrial motions to be filed by the defense.

Respectfully submitted,

2

| | |
|---|---|
| *s/Frankie Dame (with consent)* | *s/ Jean Pierre Nogues* |
| Frankie Dame | Federal Community Defender Office |
| Assistant United States Attorney | Attorneys for Defendant |
| 211 W. Fort Street, Suite 2001 | By:    Jean Pierre Nogues |
| Detroit, MI 48226 | 613 Abbott St., Suite 500 |
| (313) 226-9526 | Detroit, MI 48226-2582 |
| Frank.Dame@usdoj.gov | Jean_Nogues@fd.org |

Dated: July 28, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

v.

Kyle Wagner,

      Defendant.

Case No. 26-20059

Hon. Denise Page Hood

---

### Order  Cancelling the August 19 Motion Hearing

---

The Court has considered the parties' stipulation and joint motion to cancel the motion hearing currently scheduled for August 19, 2026, and to reschedule it once the Court and the parties have a sense of what additional pretrial matters will be raised by defense motions filed before the motion cut-off date currently set for August 10, 2026.  The Court finds that the ends of justice are served by granting this request, and hereby ORDERS that the hearing set for August 19, 2026 be cancelled.  The hearing will be rescheduled at a later date once the Court determines whether additional pretrial matters need to be addressed at motion hearings based on additional defense motions yet to be filed.

s/Denise Page Hood
Hon. Denise P. Hood
United States District Judge

Entered:  August 5, 2026