**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 12, 2026

Ms. Danielle Asher
Office of the U.S. Attorney
for the Eastern District of Michigan
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Jean Pierre Nogues III
Federal Community Defender Office
for the Eastern District of Michigan
613 Abbott Street
Suite 500
Detroit, MI 48226

Re: Case No. 26-1294, *USA v. Kyle Wagner*
Originating Case No. 2:26-cr-20059-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Virginia
Direct Dial No. 513-564-7032

cc: Ms. Kinikia D. Essix

Enclosure

No. 26-1294

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FILED** |
| Plaintiff-Appellant, | ) | Aug 12, 2026 |
| | ) | KELLY L. STEPHENS, Clerk |
| v. | ) | |
| | ) | O R D E R |
| KYLE WAGNER, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

Before:  NORRIS, BLOOMEKATZ, and HERMANDORFER, Circuit Judges.

Upon consideration of the parties' motions to take judicial notice,

It is **ORDERED** that the motions are **GRANTED**.

ENTERED BY ORDER OF THE COURT

_____

Kelly L. Stephens, Clerk