# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 22, 2026

FILED
Sep 23, 2026
KELLY L. STEPHENS, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

Re: Kyle Wagner
v. United States
No. 26-391
(Your No. 26-1294)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 18, 2026 and placed on the docket September 22, 2026 as No. 26-391.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst