UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

Kyle Wagner,

Defendant.

Case No. 26-20059

Hon. Denise Page Hood

---

**Stipulation and Order to Continue and Set Motion Cut-off, Plea Cut-off, Final Pretrial Conference, and Trial, and to Find Excludable Delay**

---

The parties stipulate and agree to the following:

1. On August 14, 2026, this court issued an order granting the parties' stipulation to continue and reset the motion cut-off, plea cut-off, final pretrial conference, motion hearing, and trial in this case, finding excludable delay. (ECF No. 41.) The motion cutoff is currently set for September 16, 2026; the final pretrial conference is currently set for October 13, 2026; and jury trial is set for November 3, 2026.

2. The parties now stipulate to continue the motion cutoff, pretrial conference/plea hearing, and trial date for approximately 60 days.

3. The parties further stipulate and jointly move for the Court to find that the time period between the current November 3, 2026 trial date and the new trial

date qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7), because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

4. In support of this stipulated motion, the parties state the following:

a. The defense intends to file several substantive pretrial motions in addition to those already filed. Additionally, the parties are engaged in continuing discussions about non-trial resolutions to this matter.

b. Meanwhile, Mr. Wagner is currently in custody of Sherburne County Jail in Elk River, Minnesota, on behalf of the U.S. Marshals for the District of Minnesota, where he is indicted in a pending case.

c. For defense counsel on the instant case and Mr. Wagner to review pretrial motion drafts and Government-proposed plea agreements, it is currently necessary to mail documents to Mr. Wagner and then coordinate phone calls to discuss them. This is workable, but takes more time and coordination than normally needed for an in-district client.

5. The parties agree that such an adjournment serves the ends of justice and outweighs the best interest of the public and Defendant in a speedy trial because

Wagner and his counsel need more time to review and discuss pretrial motions, investigate the case and prepare for trial, and pursue plea negotiations in this matter.

6. Failure to grant this continuance would unreasonably deny Wagner and his counsel the time necessary for effective preparation, considering the exercise of due diligence.

7. The parties therefore request that the Court grant a continuance of the pretrial and trial dates for approximately 60 days, and further find that the delay caused by this continuance should be deemed excludable time under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

*s/Frankie Dame (with consent)*
Frankie Dame
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9526
Frank.Dame@usdoj.gov

*s/ Jean Pierre Nogues*
Federal Community Defender Office
Attorneys for Defendant
By: Jean Pierre Nogues
613 Abbott St., Suite 500
Detroit, MI 48226-2582
Jean_Nogues@fd.org

Dated: September 13, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

Kyle Wagner,

Defendant.

Case No. 26-20059

Hon. Denise Page Hood

---

**Order to Continue and Set the Motion Cut-off, the Plea Cut-off, the Final Pretrial Conference and Trial and Finding Excludable Delay**

---

The Court has considered the parties' stipulation and joint motion to continue this matter to: (1) adjourn pretrial and trial dates by approximately 60 days; and (2) for a finding that the time period from the current trial date of September 29, 2026 to the new trial date qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from the date of this order, to the new trial date qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that:

- Mr. Wagner is currently in custody of Sherburne County Jail in Elk River, Minnesota, on behalf of the U.S. Marshals for the District of Minnesota, where he is indicted in a pending case.
- Defense counsel needs to review pretrial motion drafts and Government-proposed plea agreements, and additional time and coordination is needed to facilitate this, given Mr. Wagner's out-of-district incarceration.
- As a result, failure to grant this continuance would unreasonably deny the defendant and his counsel the time necessary for effective preparation, considering the exercise of due diligence.

IT IS THEREFORE ORDERED:

The dates in this matter are as follows:

- Motion Cut-off is set for November 16, 2026;
- Plea Cutoff/Final Pretrial Hearing is set for December 15, 2026 at 11:00 a.m.;
- Jury Trial is set for January 12, 2027 at 9:30 a.m.

IT IS FURTHER ORDERED:

The time from the date of November 3, 2026 to the new trial date of January 12, 2027, shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of

the continuance outweigh the best interests of the public and the defendant in a speedy trial.

s/Denise Page Hood
Hon. Denise P. Hood
United States District Judge

Entered: September 30, 2026