UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KYLE WAGNER,

Defendant.
_______________________________/

Case No. 26-cr-20059

Hon. Denise Page Hood

# APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as Counsel in this case for Mr. Wagner. I certify that I am admitted to practice in this Court.

Respectfully submitted,

**FEDERAL COMMUNITY DEFENDER**

/s/ Riyah A. Basha
Riyah A. Basha
Attorney for Kyle Wagner
613 Abbott Street, Suite 500
Detroit, Michigan 48226
313-556-3021
E-mail: riyah_basha@fd.org

Date: November 16, 2026