UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, CR. NO. 26-20059

v. HON. DENISE PAGE HOOD

KYLE WAGNER, *EX PARTE*

Defendant.
_______________________________/

**MOTION FOR LEAVE**
**TO FILE SEALED EXHIBIT USING THE MEDIA FILE UPLOAD**

Pursuant to the Electronic Filing Policies and Procedures, Defendant seeks leave of this Court to file sealed Exhibit C to his Motion to Dismiss on First Amendment Grounds (ECF No. 47) via the electronic portal "Media File Upload" in CM/ECF. In compliance with Local Rules Appendix ECF R19(c), the defense states the following:

1) On November 17, this Court granted Defendant's Sealed Motion for Leave to File Defense Exhibits A-I Under Seal. See ECF No. 52 *SEALED*.

2) Exhibit C cannot be converted to PDF for the following reason: it is a media file in video format and consists of an Instagram "Story" posted by Mr. Wagner to social media on January 26, 2026 and preserved by the Government as evidence in this case.

3) The contents of the Exhibit C complies with the privacy protections outlined in the E-Government Act of 2002 and all other applicable law.

4) However, due to the practice thus far in this case of redacting the full name of complainant J.S., the defense in an abundance of caution sought and received leave from this Court to file it under seal. *See* ECF No. 47, Pg.ID 374 fn.1, 3; ECF No. 52 *SEALED*.

For the foregoing reasons, the undersigned respectfully requests that this Court grant the leave sought in this motion, or in the alternative, to provide instruction to the defense on how to submit sealed Exhibit C to the Court.

Respectfully submitted,

**FEDERAL COMMUNITY DEFENDER**
**EASTERN DISTRICT OF MICHIGAN**

s/Jean Pierre Nogues
JEAN PIERRE NOGUES
Attorney for Defendant
613 Abbott Street, Suite 500
Detroit, Michigan 48226
(313) 967-5832
E-mail: Jean_Nogues@fd.org

Dated: November 17, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, CR. NO. 26-20059

v. HON. DENISE PAGE HOOD

KYLE WAGNER, *EX PARTE*

Defendant.
_____________________________________/

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send any required notification to opposing counsel.

**FEDERAL COMMUNITY DEFENDER**
**EASTERN DISTRICT OF MICHIGAN**

s/Jean Pierre Nogues
JEAN PIERRE NOGUES
Attorney for Defendant
613 Abbott Street, Suite 500
Detroit, Michigan 48226
(313) 967-5832
E-mail: Jean_Nogues@fd.org

Dated: November 17, 2026