UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Case No. 2:26−cr−20059−DPH−APP
Hon. Denise Page Hood

Kyle Wagner,

Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [50] MOTION to Suppress , [51] MOTION to Dismiss *for Selective Prosecution* MOTION for Disclosure *of Grand Jury Materials*, [46] MOTION for Bill of Particulars , [47] MOTION to Di smiss *on First Amendment Grounds* as to Kyle Wagner. **Motion Hearing set for 1/6/2027 10:00 AM before District Judge Denise Page Hood** (LSau)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 218.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/L. Saulsberry
Case Manager

Dated: November 25, 2026